**UNDER SEAL**

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
IN COURT
CHARLOTTE, N. C.

DEC 21 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:06CR216 |
| | ) | |
| v. | ) | ORDER SEALING |
| | ) | INDICTMENT |
| (1) RANDY MAURICE DAVIS, | ) | |
| (2) COREY DOFON WILKES, | ) | |
| (3) MICHAEL ANTHONY CORNWELL, and | ) | |
| (4) MICHELLE ANTOINETTE McCULLOUGH | ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Motion to Seal and this Order and Superseding Bill of Indictment be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order, Superseding Bill of Indictment be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 21st day of December, 2006.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE